UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. BOWERS, JR.,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO.  C04-2564RSL<br>               (CR03-492RSL)<br><br>ORDER DENYING MOTION<br>UNDER 28 U.S.C. § 2255 |

The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 1), and his motion for appointment of counsel (Dkt. No. 11), are DENIED.

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255 - 1

1  (3) The Clerk is directed to send copies of this Order to petitioner, to counsel for the
2  government, and to Judge Donohue.
3  DATED this 25th day of July, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255 - 2